JOHN E. FRIEDMAN, Appellant, *v.* YEUNG O. GUM, Defendant.

RINGLING BROS. BARNUM & BAILEY COMBINED SHOWS, INC., Respondent.

(Submitted April 13, 1936; decided April 21, 1936.)

*Irving M. Radin* for motion.
*William J. Rapp* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.